IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

DAVID HOBSON

CHAPTER 13 NO.:

12-03779 – EE

RULE 3011 LIST OF UNCLAIMED FUNDS,
CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| David Hobson | 106 Briarhill Road Apt. C6<br>Florence, MS 39073 | $1,572.55 |

THAT, per an order entered March 2, 2016 (DK # 47), the Debtor was allowed to retain insurance proceeds. The Trustee issued a check in the amount of $1,572.55 to the Debtor. Said check was never presented for payment. The Trustee has made several attempts to contact the Debtor through his attorney and through his employer, to no avail.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated: November _____7_____, 2016

Respectfully submitted,

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. William Wesley Stover, Jr.
karchona@wesstover.com

David Hobson
106 Briarhill Road, Apt. C6
Florence, MS 39073

Dated: November _____7_____, 2016

HAROLD J. BARKLEY, JR.